# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-0425-DMS |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| BRANDANIQUE WALKER, (2) | |
| Defendant. | |
| | **The Honorable Dana M. Sabraw** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned matter is dismissed without prejudice **only** as to defendant BRANDANIQUE WALKER.

SO ORDERED.

Dated:  February 20, 2018

_____
Hon. Dana M. Sabraw
United States District Judge